# CRIMINAL COMPLAINT
(Electronically Submitted)

| United States District Court | DISTRICT of ARIZONA |
|---|---|
| United States of America<br>v.<br>**William Romero** DOB: 2002; United States<br>**Jose Molina** DOB: 2000; United States | DOCKET NO.<br><br>MAGISTRATE'S CASE NO.<br>21-07282MJ |

Complaint for violation of Title 8 United States Code § 1324(a)(1)(A) (ii), 1324(a)(1)(A)(v)(I) and 1324(a)(1)(B)(i).

**COMPLAINANT'S STATEMENT OF FACTS CONSTITUTING THE OFFENSE OR VIOLATION:**

**COUNT 1 (Felony)** On or about June 8, 2021, in the District of Arizona, **William Romero** and **Jose Molina**, named herein as defendants and conspirators, did knowingly and intentionally combine, conspire, confederate, and agree with each other and other persons, known and unknown, to transport certain illegal aliens, including Hector Flores-Perez and Juan Caballero-Torres, and did so for the purpose of private financial gain; in violation of **Title 8, United States Code, Sections 1324(a)(1)(A) (ii), 1324(a)(1)(A)(v)(I), and 1324(a)(1)(B)(i).**

**COUNT 2 (Felony)** On or about June 8, 2021, in the District of Arizona, **William Romero** and **Jose Molina**, knowing and in reckless disregard of the fact that certain illegal aliens, including Hector Flores-Perez and Juan Caballero-Torres, had come to, entered and remained in the United States in violation of law, did transport and move said aliens within the United States by means of transportation and otherwise, in furtherance of such violation of law and did so for the purpose of private financial gain; in violation of **Title 8, United States Code, Sections 1324(a)(1)(A) (ii) and 1324(a)(1)(B)(i).**

**BASIS OF COMPLAINANT'S CHARGE AGAINST THE ACCUSED:**
On or about June 8, 2021, in the District of Arizona (Douglas), while conducting surveillance on a known human smuggling stash house located at 214 E. 4th Street, United States Border Patrol Agents (BPA) observed **William Romero** driving a white Ford Crown Victoria (AZ ZHA0ALA) and pull into the driveway of the residence. BPA then saw three suspected noncitizens exit the west side of the residence and get into the back seat of the Crown Victoria. The Crown Victoria left the residence and begin travelling northbound on Pan American Ave followed by a blue Chevrolet Cruze (AZ CPY6421). The driver of the Cruze was later identified as **Jose Molina**. BPA conducted a traffic stop on both vehicles and located three noncitizens inside the Crown Victoria, including Hector Flores-Perez and Juan Caballero-Torres. **Romero** was also in possession of a 12-gauge shotgun located between the driver seat and center console. **Molina** was in possession of a Ruger handgun.

Records checks revealed that Hector Flores-Perez and Juan Caballero-Torres did not have the proper immigration documentation to enter or remain in the U.S. legally. Flores was previously removed from the U.S. on March 3, 2016 and Caballero on April 16, 2021.

**Continued on back.**

**MATERIAL WITNESSES IN RELATION TO THE CHARGE:**

| Detention Requested<br>Being duly sworn, I declare that the foregoing is true and correct to the best of my knowledge.<br>AUTHORIZED BY:  AUSA JAA/ri  /JAA/ | SIGNATURE OF COMPLAINANT<br>DYLAN J WALL  Digitally signed by DYLAN J WALL Date: 2021.06.09 13:27:28 -07'00' |
|---|---|
| | OFFICIAL TITLE<br>HSI Special Agent |
| **Sworn by telephone  x** | |
| SIGNATURE OF MAGISTRATE JUDGE[1]<br>*Jacqueline M. Rateau*<br>[1] See Federal rules of Criminal Procedure Rules 3, 4.1, and 54 | DATE<br>June 9, 2021 |

**Continued from front.**

After waiving his Miranda Rights, **Romero** stated he spoke to an unknown individual through WhatsApp and agreed to drive transport noncitizens for $500.00 to $700.00 per person. **Romero** stated he knew the individuals were illegally present in the United States. **Romero** stated that he was guided to the residence of 214 E. 4th Street using a live tracking feature in WhatsApp. One of the noncitizens present inside **Romero**'s vehicle positively identified **Romero** as the driver of the vehicle in a six-pack photo lineup.

After waiving his Miranda Rights, **Molina** stated he spoke to an individual through SnapChat and agreed to transport noncitizens from what he described as an old house next to AutoZone (214 E. 4th Street) to Phoenix, AZ for $3,500.00. **Molina** stated he knew the individuals **Romero** picked up at the residence were illegally present in the United States. **Molina** stated he arranged to split the $3,500.00 payment with **Romero**. **Molina** stated he intended to follow **Romero** so that if police got behind them to conduct a traffic stop, he could pull over while so that **Romero** could continue driving. **Molina** stated the handgun in his possession, and the shotgun in **Romero**'s possession was for protection as they were nervous about picking up noncitizens.